IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br> vs.<br><br>$799,870.00 IN UNITED STATES CURRENCY,<br><br>    Defendant,<br><br>and<br><br>JOSEPH PICKETT,<br>    Claimant. | 8:17CV290<br><br>**AMENDED STATUS REPORT** |

  COMES NOW the Plaintiff, United States of America, and pursuant to this Court's Order dated November 17, 2017 (Filing No. 22), provides the Court with an amended report regarding the status of the Claimant's underlying criminal case *by correcting the Southern District of Indiana, Indianapolis Division Case No. from 8:17CR61 to 1:17CR106.*

  1. As the Court may recall, this civil forfeiture action is related to a criminal case which appears in the docket of the United States District Court for the Southern District of Indiana, Indianapolis Division, as *United States of America v. Joseph Pickett, Sr., a/k/a "J", Darrell Pickett, Kelly Joe Spinks, Jr., Sheila Stepp, William Joseph Belew, Jr. and Leonard Allen*, Case No. 1:17CR106. According to the docket sheet for that case, the previously-set January 10, 2018, final pretrial conference and the January 29, 2018, trial order have been vacated. The final pretrial conference in now set for May 24, 2018, with trial to begin June 11, 2018.

2. Undersigned counsel makes the following professional representations to this Court: On January 11, 2018, I spoke with Barry Glickman, the Assistant U. S. Attorney representing the United States in the Indianapolis prosecution. He confirmed the trial date had been moved to June. He said the long delay is due to the district's "judicial emergency": One of the district judges passed away unexpectantly two months ago; the district is working hard to re-distribute/manage that judge's caseload. He said he is in plea negotiations with the defendants.

WHEREFORE, the Plaintiff, United States of America, respectfully submits this Amended Status Report to the Court.

UNITED STATES OF AMERICA,
Plaintiff

ROBERT C. STUART
Acting United States Attorney

By:  *s/Nancy A. Svoboda*
NANCY A. SVOBODA (#17429)
Assistant U.S. Attorney
1620 Dodge Street, Suite 1400
Omaha, Nebraska 68102-1506
Tel: (402) 661-3700
Fax: (402) 345-5724
Email: nancy.svoboda@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on January __, 2018, I caused the foregoing to be electronically filed with the Clerk of the Court of the United States District Court for the District of Nebraska by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

*s/Nancy A. Svoboda*
NANCY A. SVOBODA
Assistant United States Attorney