IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>vs.<br><br>$799,870.00 IN UNITED STATES CURRENCY,<br><br>                  Defendant,<br><br>and<br><br>JOSEPH PICKETT,<br>                  Claimant. | 8:17CV290<br><br>**STATUS REPORT** |

       COMES NOW the Plaintiff, United States of America, and pursuant to this Court's Order dated November 17, 2017 (Filing No. 22), provides the Court with a status report regarding the status of the Claimant's underlying criminal case.

       1.     This civil forfeiture action is related to a criminal case which appears in the docket of the United States District Court for the Southern District of Indiana, Indianapolis Division, as *United States of America v. Joseph Pickett, Sr., a/k/a "J", Darrell Pickett, Kelly Joe Spinks, Jr., Sheila Stepp, William Joseph Belew, Jr. and Leonard Allen*, Case No. 1:17CR106.

       2.     Undersigned counsel makes the following professional representations to this Court: On March 23, 2018, I spoke with Barry Glickman, the Assistant U. S. Attorney representing the United States in the Indianapolis prosecution. He said his investigators and he had recently proffered Darrell Pickett. Darrell said all the money in the recreational vehicle/motor home that was traffic-stopped along the Interstate in Omaha (Such money is the Defendant

currency.) was proceeds of drug sales. The three men in the recreational vehicle/motor home—brothers, Joseph Pickett and Darrell Pickett, and their nephew, Kelly Spinks—were headed to California to buy drugs with that money. He expects to have a plea agreement with Darrell soon. He also expects to proffer Joseph Pickett soon. A pretrial conference is still set for May 24, 2018; the trial is still scheduled for June, 2018.

WHEREFORE, the Plaintiff, United States of America, respectfully submits this Status Report to the Court.

>UNITED STATES OF AMERICA,
>Plaintiff
>
>JOSEPH P. KELLY
>United States Attorney
>District of Nebraska
>
>By:   *s/Nancy A. Svoboda*
>NANCY A. SVOBODA (#17429)
>Assistant U.S. Attorney
>1620 Dodge Street, Suite 1400
>Omaha, Nebraska 68102-1506
>Tel:  (402) 661-3700
>Fax:  (402) 345-5724
>Email: nancy.svoboda@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify on March 27, 2018, I caused the foregoing to be electronically filed with the Clerk of the Court of the United States District Court for the District of Nebraska by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

>  *s/Nancy A. Svoboda*
>NANCY A. SVOBODA
>Assistant United States Attorney