IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>$799,870.00 IN UNITED STATES CURRENCY,<br><br>　　　　　Defendant. | 8:17CV290<br><br>**JUDGMENT AND DECREE OF FORFEITURE** |

This matter is before the Court on the parties' Joint Motion [f]or Lift Stay, Entry of Judgment and Decree of Forfeiture (Filing No. 34) regarding defendant $799,870 in United States currency. The Court has reviewed the record in this case and finds as follows:

1.　On August 9, 2017, the government filed a Complaint for Forfeiture *In Rem* (Filing No. 1).

2.　A Warrant for Arrest *In Rem* was issued on August 10, 2017, and the U.S. Marshal properly served the warrant on the defendant property.

3.　On August 16, 2017, publication of the notice of this action and of the arrest of the defendant property was duly made by Order of this Court (Filing Nos. 6 and 14).

4.　On October 20, 2017, the U.S. Marshal served Joseph Pickett with the Complaint for Forfeiture *In Rem*, the Notice of Complaint for Forfeiture, and the Warrant for Arrest *In Rem* (Filing No. 16).

5.　Joseph Pickett filed a Claim (Filing No. 10) and an Answer (Filing No. 13), alleging ownership of the defendant property.

6.　On November 16, 2017, the government filed a motion to stay pending a related criminal case which appears in the docket of the United States District Court for the Southern District of Indiana, Indianapolis Division, as *United States of America v. Joseph Pickett, Sr.,*

*a/k/a "J," Darrell Pickett, Kelly Joe Spinks, Jr., Sheila Stepp, William Joseph Belew, Jr. and Leonard Allen*, Case No. 1:17CR106 (Filing No. 21).

7. On November 17, 2017, this Court entered an Order to stay the proceedings in this case pending the outcome of the Indiana criminal case (Filing No. 22).

8. On February 28, 2019, Joseph Pickett entered into a petition to enter plea of guilty and plea agreement in the Indiana case (Case No. 1:17CR106, Filing No. 280), in which he agreed to the forfeiture of the $799,870 in U.S. currency seized in Nebraska (the defendant *in rem* in the civil forfeiture action).

9. On March 11, 2019, the U.S. District Court in Indiana entered Judgment as to Joseph Pickett.

10. The Joint Motion [f]or Lift Stay, Entry of Judgment and Decree of Forfeiture filed by the government and claimant Joseph Pickett should be granted.

Accordingly,

IT IS ORDERED:
1. The Joint Motion [f]or Lift Stay, Entry of Judgment and Decree of Forfeiture (Filing No. 34) is granted.
2. The stay is lifted.
3. Judgment is entered against defendant $799,870 in U.S. currency.
4. All right, title and interest in and to the $799,870 in U.S. currency held by any person or entity is forever barred and foreclosed.
5. The $799,870 in U.S. currency is forfeited to the government.
6. The government is directed to dispose of that currency in accordance with law.

Dated this 15th day of March 2019.

BY THE COURT:

Robert F. Rossiter, Jr.
United States District Judge